# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMERSON LESLIE, | Case No.: 2:23-cv-01746-APG-NJK |
| Plaintiff, | **Order** |
| v. | |
| BOWEN, et al., | |
| Defendant. | |

Plaintiff has not filed an updated address with the Court. *See* Docket No. 5. Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until August 23, 2024, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by August 23, 2024, this case will be subject to dismissal without prejudice.

For the foregoing reasons, it is ordered that Plaintiff file an updated address with the Clerk of the Court by August 23, 2024.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED: July 25, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1